IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) | No. 19-03160-01-CR-S-RK |
| DERRICK E. DAILEY, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Defendant's Motion to Reconsider Detention. (Doc. 95.) On November 26, 2019, the undersigned found by a preponderance of the evidence that the defendant is a risk of flight and by clear and convincing evidence that Defendant presents a danger to the community and ordered his pretrial detention without bond. (Doc. 25.) Defendant is currently detained at the Greene County Jail awaiting trial.

The undersigned has reviewed Defendant's motion, the Government's response (doc. 96) and the Pretrial Services Report (doc. 27). While recognizing Defendant's concerns regarding the spread of the coronavirus (COVID-19), the undersigned does not find Defendant's generalized basis compelling in light of Defendant's risk of flight and danger to the community. Therefore, Defendant's Motion to Reconsider Detention Without Bond is DENIED.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: April 20, 2020